# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SANTOS,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>DAVID G. SMITH, DAVE KHATRI and SUNIL WALIA,<br><br>　　　　　　　　　　Defendants. | CASE NO. 07CV0001-LAB (RBB)<br><br>**ORDER GRANTING EXTENSION OF TIME IN WHICH TO OBJECT TO REPORT AND RECOMMENDATION** |

On December 21, 2007, Magistrate Judge Ruben Brooks issued his report and recommendation (the "R&R"), and ordered the parties to file any objections to the R&R no later than January 31, 2008. By an *ex parte* motion dated January 17, 2008, Plaintiff, apparently mistaking the date, requested an extension of time in which to file his objections to the R&R. Plaintiff submitted a declaration under penalty of perjury stating that because of illness, denial of access to legal materials, he had not been able to prepare and file objections to the R&R. Plaintiff sought an extension of 30 days from January 21.

Plaintiff's reasons for seeking an extension of time are stated briefly and without detail. Nevertheless, the Court, finding good cause **GRANTS** this initial request for an extension of time. He may file his objections to the R&R no later than **Wednesday, February 20, 2008.**

| | |
|---|---|
| 1 | Plaintiff is cautioned that no further requests for extension of time will be granted |
| 2 | without a showing of extraordinarily good cause, which must include detailed and specific |
| 3 | reasons why Plaintiff's request for a 30-day extension of time was inadequate, and which |
| 4 | must be supported by a declaration under penalty of perjury. |
| 5 | **IT IS SO ORDERED**. |
| 6 | DATED: January 24, 2008 |

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge